Argued and submitted November 21, 1986, affirmed March 18, 1987

SHLIM,
*Appellant,*

*v.*

CHARAPATA, INC.,
*Defendant,*
*and*

CML, INC. et al,
*Respondents.*

(82-4-149; CA A39363)

734 P2d 12

John H. Heald, Portland, argued the cause for appellant. With him on the brief was Zikes, Kayser, Freed, Smith & Heald, P.C., Portland.

Michael D. Mills, Salem, waived appearance for respondent CML, Inc.

Edward L. Clark, Jr., Salem, waived appearance for respondent Mills.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

Plaintiff appeals from an order that dismissed "all proceedings on plaintiff's motions and allegations and garnishees' answers on oath." That order was the result of a hearing held on January 13, 1986. Because plaintiff has failed to provide us with a transcript of that hearing, we are unable to review the merits of her assignments of error. *See Reeder v. Kay,* 276 Or 1111, 1115, 557 P2d 673 (1976).

Affirmed.